**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
_____20TH_____ DIVISION

★ VAUGHN HARRIS ·78865 )
(Name) )
★ Kenneth Blackwell·304928 )
(Prison Id. No.) ★PLAINTIFFS )
Ryan Bowden·513245 )
(Name) Witnesses )
Roderick Rogers·569578 )
(Prison Id. No.), )
★ Bradley Ferguson 607287 )
★ Plaintiff(s) )
)
)
V. TENNESSEE GOVERNT AND )
SHERIFF DARON HALL AND STAFF ) D.C.S.O.
(Name) )
The City of Nashville Tennessee and its )
(Name) )
The Tennessee Legislature AND Governor )
Defendant(s) Bill Lee )

(List the names of all the plaintiffs filing
this lawsuit. Do not use "et al." Attach
additional sheets if necessary.)

Civil Action No. _____
(To be assigned by the Clerk's Office.
Do not write in this space.)

JURY TRIAL REQUESTED _✓_YES ___NO

(List the names of all defendants
against whom you are filing this
lawsuit. Do you use "et al." Attach
additional sheets if necessary.)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED**
**PURSUANT TO 42 U.S.C. § 1983**

I.    **PARTIES TO THIS LAWSUIT**

A.   Plaintiff(s) bringing this lawsuit:

1.   Name of the first plaintiff: VAUGHN HARRIS
     Prison I.D. No. of the first plaintiff: 78865
     Address of the first plaintiff: V. Harris, P.O. Box 196383,
     AND Nashville, TN 37219
     Roderick Rogers·569578 ←Same Mail Address→
     Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (✓) ↑
     AND Ryan Bowden·513245
2.   Name of the second plaintiff: Kenneth Blackwell Bradley Ferguson
     Prison I.D. No. of the second plaintiff: 304928   607287
     Address of the second plaintiff: K. Blackwell, P.O. Box 196383,
     Nashville, TN 37219

     Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (✓)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: _SHeriff Daron Hall_
   Place of employment of the first defendant: _METRO · DAVIDSON COUNTY SHERIFFS OFFICE PRISONS_
   First defendant's address: _408 · 2ND Ave North, Nashville, TN 37201 or D.C.S.O. P.O. Box 196383, Nashville, TN 37219_

   Named in official capacity?        ✓ Yes        ____ No
   Named in individual capacity?      ✓ Yes        ____ No

2. Name of the second defendant: _Asst. Winden Admin. B Pavitch_
   Place of employment of the second defendant: _THE NASHVILLE, TENNESSEE DAVIDSON COUNTY SHERIFFS OFFICE - MCC PRISON_
   Second defendant's address: _408 2ND Ave North, Nashville, TN 37201 or P.O. Box 196383, Nashville, TN 37219_

   Named in official capacity?        ✓ Yes        ____ No
   Named in individual capacity?      ✓ Yes        ____ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

## II. JURISDICTION

A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3) _And 28 U.S.C.§2254 And 28 U.S.C.§2255 And 28 U.S.C.§2241 and under the 1st Amendment of the U.S.C._
   If you wish to assert jurisdiction under different or additional statutes, you may list them below: _under the 1st Amendment of the U.S. Constitution and the 14th Amendment of the U.S. Constitution, and under 28 U.S.C.§ 2241, 2254, And 2255_

B. DEFENDANTS

3. Cpt. Richard Miller

4. Case Manager Hawkins

5. Sargent David Bryant

6. Lieutenant Sean Lloyd

7. Securus Technologies

8. Robert Bemoss

9. Administrater Carla Joseph

10. D.C.S.O. Classification Beth Gentry

11. Attny. Eugenia Grayer McGee

12. The Metropolitan Government of Nashville, Tennessee and Legislature

13. Correct Care Solutions Medical Staff

14. WELLPATH Medical Care

15. Attorney Timothy Carter

16. D. A. Glenn Funk, etc...

17. Asst. D. A. Janice Norman, etc...

18. D. A. Cynthia Chappell Court  20. Cpl. Yates.

19. Attny. Shannon Smith

ALL defendants are being sued in thier official and in thier individual capacity Listed. ⑦ Securus ⑦ Securus Technologies, ⑧ Securus Unify Product

The Mail Address to the defendants Number'd Above (3 thru 20) is 408 2nd Ave North, Nashville, TN 37201 or D.C.S.O. P.O. Box 196383, Nashville, TN 37219

(12) Address. The Tennessee Legislature (15) Address Attny Tim Carter P.O. Box 68471 Nashville, TN 37206 (19. thru 40. ☑) 19. Shannon C. Smith. Attny 20. Dentist of D.C.S.O. B.C.S.O. From 2011 thru 2024

ALL OTHER Defendant Names of the Staff, and Tennessee Government Legislatures Defendants, 21. thru 40. will have to Be John Does in this Class Action Lawsuit until thier Full Real Names Can Be REQuested By Order of the Court Judge.

The Suit

We PLAINTIFFS Exhausted the D.C.S.O. Prison Grievance Procedures but the D.C.S.O. STAFF of Nashville, Tennessee refuse to stop thier illegal prison Actions and policies used on us prisoners in the violation of our Federal and State prisoner civil rights.

Relief Sought Continued. ⑧ That the D.C.S.O. Nashville, TN Prisons Create A New Policy Allowing thier inmates copy printouts on Paper of the Law Pages given in the Law Tablets given to D.C.S.O. inmates, when requested by AN inmate detainee or prisoner.

III. **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court? ___✓___ Yes _____ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

   Plaintiffs _METRO. D.C.S.O. inmate VAUGHN HARRIS_

   Defendants _THE D.C.S.O. - SHERIFF, his STAFF, AND medical Agents AND Dentist._

2. In what court did you file the previous lawsuit? _THIS Federal Court For Middle Tennessee_
   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3. What was the case number of the previous lawsuit? _I CAN'T Remember._

4. What was the Judge's name to whom the case was assigned? _SHARP, I think._

5. What type of case was it (for example, habeas corpus or civil rights action)? _Civil Rights of Prisoners_

6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) _From 2011 thru 2023 (several)_

7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? _Dismissal Due to the defendants Lies AND Altering my plaintiff Filings to the Federal Courts._

8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date. _I CAN'T Remember._

9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? ___✓___ Yes ___✓___ No
   _AND_

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)* _Look them up in your Court History, I CAN Not Remember All of them, but they were dismissed due to the defendants D.C.S.O. staff Altering or destroying my mail filings I put into the D.C.S.O. U.S. mailbox._

IV.  **EXHAUSTION**

A.  Are the facts of your lawsuit related to your present confinement?

    ☑ Yes     ____No

B.  If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. ___*N/A*___

    _____

    _____

C.  Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

    ☑ Yes     ____No

    *(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D.  Have you presented these facts to the prison authorities through the state grievance procedure?     ☑ Yes     ____No

E.  If you checked the box marked "Yes" in question III.D above:

    1.  What steps did you take? *I Exhausted the Grievance Steps Process*

    2.  What was the response of prison authorities? *To Ignore My Grievance For More Than One Hour Of Law Library Materials Access And Use Of Legal Materials As Any Other Inmates.*

F.  If you checked the box marked "No" in question IV.D above, explain why not. *N/A*

    _____

    _____

G.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?     ☑ Yes     ____No

H.  If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?     ☑ Yes     ____No

I.  If you checked the box marked "Yes" in question III.H above:

    1.  What steps did you take? *I Exhausted the Grievance Steps Process.*

2. What was the response of the authorities who run the detention facility? _To Ignore Most Request._

J. If you checked the box marked "No" in question IV.H above, explain why not. _N/A_

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

Our 1st, 4th, 5th, 8th, 11th and 14th Amendment Rights of the U.S. Constitution of EQUAL ACCESS TO COURT and FAIR and REASONABLE USE TIME OF LAW LIBRARY MATERIALS and Prisoner Civil Rights.

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

WE Prisoners ARE IN FEAR FOR OUR LIVES AT D.D.C. AND M.C.C. Prisons because we Inmates here are being DISCRIMINATED AGAINST AND Being Injured without Adequate Access to Court by Being denied Adequate Tablet Use-TIME OF LAW LIBRARY MATERIALS We Are ENTITLED TO, AND WE Are BEING HELD UNDER illegal PUNITIVE TREATMENT EVEN THOUGH WE HAVE NOT BEEN GIVEN ANY DISCIPLINARY HEARING or Sentence. IN VIOLATION OF U.S. SUPREME COURT LAW, AND WE ARE SUEING THE METRO. DEFENDANTS UNDER 42 U.S.C. §1983 and 1985 For Denying us Prisoners and R.H.U. inmates Adequate use of Law Tablet since ( use Time or use ) unlike All other NON disciplinary inmates are Allowed. We are Also sueing the D.C.S.O. and Food Agents and Cook staff For trying to Kill us inmates by Feeding us RAW Food AT → Prison and at the D.D.C. Prison and For putting too much SALT into the Food Meals, AND For destroying and Altering INMATES MAIL to the state and Federal Courts and inmates Families and Friends, AND denying us timely FAIR TRIALS IN Nashville, Tennessee IN VIOLATION OF our civil Rights of the U.S. Constitution Amendments.

5A

6

This is A Class Action Lawsuit Filed under 42 U.S.C. §1983 and §1985 by PRETRIAL prisoners and prisoners VAUGHN HARRIS #98865 and BRADLEY Ferguson · 608287 nord. Kenneth Blackwell 304928 against the defendants at the Metropolitan Government of Nashville and Davidson County, Tennessee, The Sheriff of Davidson County and Nashville, Tennessee, And ALL of the Davidson County Sheriff's Office staff Prison Employees and Deputies whos actions and refusals To Act inflicted and subjected prisoners held at the D.C.S.O. prisons in Nashville, Tennessee to civil rights violations illegally (1) and denied us →2 to 3000 prisoners (Nashville) (Timely) (Fair Court) Trials) use access (Fair Law monitoring use time) /s, Fair use of Law Library Materials on D.C.S.O. Law Library Tablets (for Months) by Policy D.C.S.O.) to deny us Legal FAIR → COURT access and use of Tennessee Courts, so we only could file Frivolous Federal Law Suits and Criminal Appeals, and could not Appeal UNFAIR TRIALS gave to us by Tennessee Court Appointed Attornies in timely sound means, (2) Fed us Food that was many times RAW or Spoiled or had too much salt added to it in Extreme Amounts, (3) Destroyed or Altered our COURT Mail to Federal Courts, or Civil Rights Suits, to FEDERAL courts and Agencies, (4) And denied us pretrial prisoners speedy Trials (5) ILLEGALLY, befor 6 months of illegal in prisonment (REQUESTED with holds the defendants exculpatory evidence from → the State prosecuters (6) And Allows 8th Lawyers Court Appointed as Pro·bono for defendants of cases prosecuted by Tennessee To delay and deny inmate defendants speedy Trials and if Fair inspection of thier requested state Fed discovery exculpatory material evidence Trial, befor inside more than 6 months and denies us defendants the rights to Filing PRETRIAL Motions that will Be Heard and Granted by the Courts without a Court Appointed Lawyer Filing these Motions in violation of Due Process (8) Puts in Fear For Life GAY, or

Case 3:25-cv-00297   Document 1   Filed 03/13/25   Page 7 of 16 PageID #: 7

7

straight, or mentle health inmates who have not been found guilty of a D.C.S.O. disciplinary infraction penalty by a D. C.S.O. hearing into Extra punitive R.H.U. Restrictive Housing Units where inmates ie-prisoners are denied adequate incell use of Law Library Materials (Less than one hour use a week) unlike all other D. C. S. O. prisoners that are allowed 365 days a year access to Law Library use if they have been given a Law Library Materials Tablet, ⑨ We D.C.S.O. prisoners are also charged much higher prices for commisary foods than all other in Nashville, Tennessee prisoners are, ⑩ We D.C.S.O. prisoners are also being given and charged money for being given malpractice dentle care and medical care -and sometimes the dentle care has been not given to us paitients but we have been charged funds for the nongiven medical care anyway illegally by the D.C.S.O. Medical Care Agents which has given us Cruel and Unusual Dentle Care or Medical Medications that harm our Future and Present Health in violation of our 1st, 4th, 5th, 6th, 8th, and 14th United States Constitution Amendments we are entitled to, but have been denied by persons working under color of state law. Therefor we prisoner plaintiffs demand that we be given the damages requested as relief for the unconsti- tutional actions or ommissions of the defendants, stated in, (several Lawsuit actions) filed by the plaintiff, Vaughn Harris, and in this suit because of the destruction and altering of this plaintiffs prior Lawsuits against the D.C.S.O. staffs (unconstitutional acts and omissions) from 2012 thru 2025 and ongoing now. Relief Sought Continued:
④ Have the Federal Bureau of Prisons Come And Correct Any Flaws in How the D.C.S.O. Prisons are being ran for the next 50 years. ⑤ Have Nashville, Tennessee Government Pay Prisoner Vaughn Sherwin Harris money damages of

Case 3:25-cv-00297   Document 1   Filed 03/13/25   Page 8 of 16 PageID #: 8

⑤ continued
→ $100,000.00 to $250,000.00 in punitive and injury damages for injuries I [8] suffered to my body, Health, Future Health, Mental Health, and Freedom due to the defendants Actions that injured me and violated my detainee prisoner civil rights.

⑥ Create a practice and policy for Firing or Reduce of the rank and PAY Amounts of D.C.S.O. officers and administrators of any rank that are caught violating prisoner's civil rights, or caught Lieing in inmate disciplinary reports or in injury on the job actions.

⑦A Make the Nashville, Tennessee Courts start Letting Defendants File any Motion with or without a Lawyer → That will be heard and granted by the court by LAW, also allow defendants to Litigate cases Prose- if they request it in court (with standby Lawyer Counsel)

⑧ Make and start immediately Allowing prisoner inmates to use thier Securus inmate Law Tablets Printer Feature in the Law Library App to print out case Law, Motion Forms, and Anything else that can be printed from the Securus A.C.S.O. Law Tablets to a wireless printer used by the D.S.S.O. staff under new D.C.S.O. policy

⑨ Demote Popavitch Lloyd to D.C.S.O. private Trainers because theyis Always Lieing and making False prisoner disciplinary write ups. Demote Captain Miller, Asst. Warden Popavitch to D.C.S.O. private Trainers. Promote D.C.S.O. staffer DESARAY Driver and Ms Doss and Ms Doval to Rotating Warden, Disciplinary Reviewer, and Case Manager Supervisors.

⑨B Order The D.C.S.O. Food Provider to start Giving inmates Banana Pudding, Fruit, or Apple or Fruit cocktail once a month.

⑦B Pass A Law by the Tennessee Legislature that makes the Tennessee Pretrial and Trial Judges Allow Prisoner Defendants to File court valid Legal Case Motions that will be heard and granted by the court on thier cases even if thier Court Appointed Lawyer has not Filed the Motion, so prisoner clients are Not stopped From being able to File a Court Motion that is valid and timely.

⑩ Make the D.C.S.O. Nashville, Tennessee Prisons Add new Tenn. and Securus Tech Law Books, Tenn. Civil Suits Won by Tenn. Prisoners, and Appeal Books.

⑩B Start a Vegetables Growing Program on at the MCC Prison Forever For Example Prisoners at the D.C.S.O. MCC Prison- Grow Tomatoes, Collard Greens, Potatoes, etc...

⑪ Make a D.C.S.O. policy that all Mail Read by D.C.S.O. staff must be done by video survielance and Mail Reader staff have to return All Mail to its prisoner sender if it is declined or to the outside sender review. (After)

⑫ Install A New Loaner Law Library and Rec Tablet D.C.S.O. Policy For All prisoners waiting on a permanent Tablet that Allows them to Use the Loaner Tablets 7 days a week for 2 to 6 Hours at a time and can Be used repeatedly As long as No other inmate Needs its use at that time by Requested sign out else List Used By All D.C.S.O. Jail Pod units and locs, Start this Policy From Today 12-17-2024.

This ClassAction Lawsuit is being brought against all the Agent Davidson County Sheriff's Office staff, and Nashville, Tennessee Court Judicial Agents and staff that have in the past and are now. denying the plaintiff's, Vaughn Harris and other D.C.S.O.- prisoners and pretrial prisoners timely fair due process (1) speedy trials, defendant access to (trial evidence), defendant trial Motion (2) exculpatory (3) Acceptance by the Court befor months of being prisoned for false crime, (4) And for prisoners that are being denied thier rights to represent thier court criminal cases pro·se or with an attorney that dose not use conflicts of interest to thier prisoner clients, (5) And criminal defendants are being denied thier rights. to file pretrial court Motions in thier criminal cases without the authorization of thier court appointed attorneys that will be heard and used in thier criminal cases by the Courts, which is denying these prisoner defendants thier rights to a speedy fair trials without the unnecessary delay by a Court appointed attorney that is bias or lieing about thier cases in violation of that persons 1,4,5,8,11,and 14 Amendment Rights of the U.S. Constitution that we are entitled to, but have been denied by Tennessee State Law and state policy, I, Vaughn Harris, are sueing the state of Nashville,Tenn- essee under 42 U.S.C.§1983 for $250,000.00 in punitive damages and in and others Legal Criminal Law injunctive change relief for being denied my due Process Rights of All Discovery Evidence in case 2019·D·3061 And in my (x2) Appeal case M2023-01025-CCA-R3-PC and in current case 2024·D·2521, I, Harris, demand that the Court Remove T. Carter as my current attorney!

I, VAUGHN HARRIS, the defendant in crime case 2019·D·3061 AM suéing All the District Attornies of (TENNESSEE) (NASHVILLE), Jonathan Skrmetti, Benjamin A. Ball, Glenn R. Funk, and Janice Norman, for thier actions of withholding All my requested discovery material exculpatory (Letters) TWO evidence of cases 2019·D·3061 (x2) from me the defendant and my Tennessee Court Appointed attorney Ms Eugenia Grayer (McGee) befor my given unFair prejudiced misinformed illegal Plea Trial, I, Harris, am also sueing my Court Appointed Attorney Mrs Eugenia McGee Grayer for Not informing the Tennessee Criminal Appeals Court that she and I Never recieved the District Attornies Prosecution MATERIAL Evidence (TWO Letters of Coercion) I, Harris, was being prosecuted for in case 2019·D·3061 (x2), at the Criminal Appeal Hearing M2023·01025- CCA·R3·PC, I, HARRIS, AM also sueing the City of Nashville, Tennessee, the Metro·D·C·S·O, STAFF of Nashville, Tennessee, and Cynthia Chappell Judge for Lieing in her Criminal Appeal Ruling for the District Attornies and the Court Appointed Attorney Mrs Eugenia Grayer-McGee claimming that a Letter alleged found in my inmate cell but never mailed to anyone or given to the defense befor my Trial, was the (discovery evidence) coercion 2 Letters I, Harris, recieved from the prosecution in case 2019·D·3061, also I am sueing Tennessee and all the D.As for holding my Criminal Appeal Hearing Past the Statute of Limitations For that unFair Criminal Appeal Hearing and Denying Me Due Process of Law under the Tennessee Constitution art Sec 8 and under the 1st, 4th, 5th, 6th, 11th, and 14th Amendments of the U.S. Constitution I was entitled to, but was denied by person working under color of state Law. Relief Sought: That all sentences and convictions in cases 2019· D·3061 (x2) be overruled, dismissed, and suspended on violation

11

I, VAUGHN HARRIS, AM Also sueing my current Tennessee Court 2024-25 / Appointed Attorney, Timothy CARTER for denying me, THE DEFENDANT, VAUGHN HARRIS, my right to testify on my behalf at my preliminary hearing to object to the Lies told by the district attornies alleged witness in July, and I am sueing Carter for Not filing to the Court ALL these Motions I requested him to file in my defense in charged case GS1039664 (Motion For Speedy Trial or Dismissal) Motion IF NOT GIVEN TRIAL → IN 180 DAYS OF PRISON For Bond Reduction, Motion For Discovery, Motion For illegal Search and Siecure, Motion For Suopena of Video From Stoves in the Incident Area, Motion For Dismissal of Legal Counsel Due To Conflict of Interest, And I am sueing Carter for Not Requesting my pressence in Court on Four (4) dates since COURT July to allow him to withdraw from my case since thats what he stated to me in his Last three letters (Mailed to me) HARRIS OVER 7 MONTHS, I am sueing Attorney Tim Carter For $6,000.00 dollars in punitive damages because I have been repeatedly denied my Due Process Rights (to a Court hearing by a judge) by Carter my Liar FOR 6 MONTHS illegally Court Appointed Attorney for me, who has made me sit in prison 7 months with No Evidence of A Crime except Lies made up by A Lieing racist parking Lot guard and A drug addict prostitute, the sex addict guard Assisted in making up the Lies for, So I, Harris, AM Also sueing Kendra Bass and Robert Demoss for filing the false case GS1039664 and sueing onLy Demoss for $8,000.00 damages for making False Charges in Court against me, Harris, and Lieing to Metro Police so I would be Put in Prison by False Charges,

Case 3:25-cv-00297 Document 15 Filed 03/13/25 Page 12 of 16 PageID #: 12

, I, VAUGHN HARRIS, the appellant in appeal case M2023-01025-CCA-R3-PC
And the defendant in Criminal Case 2019-D-3061 and the defendant in criminal case
2024-D-2521 (charge No. 1039664) am sueing SHANNON C. Smith, staff Attorney
for judge Cynthia Chappell for Not letting the judge know that my court appointed
Attorney Timothy Carter is violating my due Process rights to a speedy Trial,
my state discovery evidence, and Not filing motions I requested timely.
And I, HARRIS, Am sueing the state of Tennessee for allowing its judges, Cyn-
thia Chappell, its court appointed attornies, district attornies, the Davidson
County Sheriff's Office staff, and its court staff to violate Nashville, Tennessee
citizens and prisoners due process rights, civil rights, defendant trial
discovery evidence rights, and defendant rights to a fair and speedy Trial in less
than 6 months of inprisonment, and rights of a defendant to Notify a judge
by letter his court appointed lawyer is violating his client due process rights and
(rights to court Access, and rights to pro se, without our court appointed Atty.
to come befor the judge, like timely motions) And the state and D.C.S.O.
prisons and Securus Tech. and attorneys for judges is blocking, prejudicing, and
delaying defendants speedy fair trials and PLEA Trials illegally in the
violation of these defendant prisoner plaintiffs 1st, 4, 5, 8, 11th, and 14th, 6th ✱
Amendment Rights of the U.S. Constitution, and Rights of the Tennessee
Constitution, and Rulings of the U.S. Supreme Court; Brady v. Maryland 373
U.S. 835. Ct., Cone v. Bell, 556 U.S., U.S. v. Higgs, 141 S.Ct., Kyles v. Whitley, Lexis 2846,
Rights we prisoner defendants are entitled to, but are being denied by persons
working under color of illegal state law and policy! Therefor We Plaintiffs
Demand Damages from Tennessee and its agents who denied us U.S. Constitutional Rights
We were Entitled to, but were denied by Tennessee and its agents by judicial, legal
misconduct, and malpractice medical care, and attorney prejudice and unnecessary
delay of client court cases. We D.C.S.D. pretrial prisoners are being denied
timely speedy trials for our criminal cases which is a due
process violation of our constitutional rights that our court
appointed attornies many times refuse to submitt motions on.
This is why we prisoners want a New Court Policy in Nashville,
Tennessee allowing us defendants the right to file our own
motions to the court with out attorneys in the
courts.

PLEASE Federal Court Appoint us prisoners Class Action status for this Lawsuit Action and appoint us some Class Action Lawyers for this lawsuit and join other filed 2023 and 2024 lawsuits filed against the D.C.S.O. or Metro. Government to this suit as a Class Action Suit. Because we prisoners in one prison or unit are unable to contact other prisoners suffering the same violations in another Nashville prison or unit. We ask you the Court to give us prisoners Class Action Lawyers to prosecute this case because the issues are too complex for us Mentle Health inmates to handle, and we do not have the needed Legal Materials and Case Law in D.C.S.O. Law Library Tablets to prosecute such a complex case Against the defendants. And Most of us prisoners writing you Now have No use of Law Library Materials For Adequate amount of time to prosecute such a complex suit. I, Vaughn Harris have No dayly use of ANY Law Library Materials here in the D.C.S.O. Nashville prison illegally with the others denied one for months illegally by D.C.S.O. staff by thier illegal prison policy. And I, Harris, just got a Law Tablet today on 12-19-2024 after Months of being denied one, because I began this Class Action Lawsuit with other inmates for Adequate Access to state and Federal Court on my appeal and criminal cases which were illegally performed in Nashville, Tennessee from 2011 thru 2024 and ongoing by illegal policies and practices being performed by the staff of the Metropolitan Government of Nashville, Tennessee, the sheriff and his deputies and administrators of the Davidson County Sheriff's Office Prisons of Nashville, Tennessee, and the Tennessee Courts, Tennessee Legislature and Governor, and Securus Technologies. The Plaintiffs in this Class Action Lawsuit Are Numerous and Growing because there are New prisoners everyday trying to join this lawsuit action because they are being denied thier equal rights and civil rights of the U.S. Constitution Laws and Amendments illegally while being held in D.C.S.O. Prisons. The starting Class Action Plaintiffs Are Vaughn Harris, Kenneth Blackwell, Ryan Bowden, Roderick Rogers, etc... The D.C.S.O. and The Securus Technologies company and its tablets are illegally forcing prisoners into AN Arbitration Agreement in order to stop inmates from filing a Class Action lawsuit for fair full use of thier Prisoner Civil Rights and use of Law Library Materials. We plaintiffs decline the forced contract because it is A Forced into contract.

**VII.    RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

① I ask the Court to Order that I, Vaughn Harris, be given a Working Law and Rec Tablet immediately to keep and use until Released by D.C.S.O. Sheriff and defendant's and to all other inmates that need one.

② I ask the COURT TO ORDER THE DEFENDANT Jail Administraters TO Give All R.H.U. inmates 7 days a week Use of Law Tablets.

③ I Ask that all D.C.S.O. Prisons, Food, and Courts Be Taken Over and Ran under Civil Rights' Prison Standards and Make the Commisary Prices the same as at T.D.O.C. prisons and with the same items and prices.

I request a jury trial.    ✓ Yes    ___ No

**VIII.    CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Vaughn Harris_    Date: _2-18-2025_
Prison Id. No. _98865_
Address (include the city, state and zip code.): _D.C.S.O. Prison, P.O.Box 196383, Nashville, TN 37219_

Signature: _Kenneth Blackwell_    Date: _11-8-2024_
Prison Id. No. _304928_
Address (include the city, state and zip code.): _D.C.S.O. Prison, P.O.Box 196383, Nashville, TN 37219_

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

B.C.S.O. Inmates
P.O. Box 196383
Nashville, TN 37219

RECEIVED
MAR 13 2025
US DISTRICT COURT
MID DIST TENN

3720030669 0019

U.S. District Court for
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203

Sent from a correctional institution.
Inmate is responsible for contents.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC
MIX
Envelope
FSC® C137131

FOREVER USA